789 A.2d 654

IN THE MATTER OF GEORGE W. PARSONS, JR.,
A JUDGE OF THE SUPERIOR COURT.

February 15, 2002.

ORDER

The Advisory Committee on Judicial Conduct having filed with the Court a presentment recommending that **GEORGE W. PARSONS, JR.**, a Judge of the Superior Court, be publicly reprimanded for violating Canons 1 and 2A of the Code of Judicial Conduct and *Rule* 1:15–8(a)(6);

And, respondent, through counsel, having waived his right to a hearing before the Supreme Court;

And good cause appearing;

It is ORDERED that the presentment of the Advisory Committee on Judicial Conduct is adopted and **GEORGE W. PARSONS, JR.**, is hereby publicly reprimanded.